[578]                 ANON.

Service of papers is not good, by putting them under the door and pushing them into the of-fice of the attorney to whom they are directed.

The attorney to whom the papers are addressed is entitled to costs for appearing and objecting to the service ; but if the motion be denied on such objection, he cannot charge for any pa-pers prepared in opposition.

THIS was a motion for re-taxation of costs. It was objected that the affidavit and notice of motion had not been duly served. It appeared that service was made by putting the papers under the door and pushing them into the attorney's office, no person being therein, and the same being shut and locked.

*By the Court,* BRONSON, J. The service was not sufficient. The 11th rule of this court authorizing papers to be left in some suitable and conspicuous place in the office clearly contemplates a case where the office is open. When the office is left in such a condition that third persons can enter, it may reasonably be pre-sumed that the owner is only absent for a short period, and that papers left on his desk or table will come to his hands on the same day. But when the office is shut and locked, there is no foundation for such a presumption, and the service should be made at his residence. It is enough, however, that the rule is explicit " if the office be not open so as to admit of service therein," then service is to be made at the attorney's residence.

The attorney must have the costs of appearing to make the objection. There was formerly some doubt about the practice on this point ; but it is now settled, that the party is entitled to costs where he appears and objects that the notice was insufficient. Although the court will not suffer a rule to be taken by default without proof of service of the papers, defects and insufficiencies may sometimes pass unobserved, if the party do not appear to make the suggestion ; and this lays the foundation for a second motion to correct the error. (9 *Wendell,* 450.)

[579] As the defect here appears on the papers of the party moving, and is not waived, he should only be charged with the costs of appearing, and not with any papers which may have been prepared in opposition to the motion.

Motion denied, with costs as above.